IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| Yolanda White on behalf of Joann Tate<br>Plaintiff,<br><br>-vs-<br><br>AngioDynamics, Inc. et al.<br>Defendants, | :<br>:<br>:<br>:<br>:<br>:<br>: | Case No.: 1:25-cv-00407<br><br>District Judge Bridget Meehan Brennan |
|---|---|---|

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to N.D. Ohio Civ. R. 83.5(h) Melissa Payne, attorney for Yolanda White on behalf of Joann Tate, in the above-referenced action, hereby moves the court to admit Dimitri Dube, *pro hac vice* to appear and participate as counsel or co-counsel in this case for Yolanda White on behalf of Joann Tate.

Movant represents that Dimitri Dube is a member in good standing of the bar of the State of Texas, the State of Pennsylvania, the United States District Court for the Western District of Texas, the United States District Court for the Southern District of Texas, the United States District Court for the Eastern District of Pennsylvania and the US Court of Appeals for the 5th Circuit, attested by the accompanying Affidavit in Support of Motion to Admit Counsel Pro Hac Vice and that Dimitri Dube is not eligible to become a member of the permanent bar of this Court.  This Motion is accompanied by the required filing fee.

Dimitri Dube's relevant identifying information is as follows:

Business telephone: <u>214-651-4260</u>　　　　Business fax: <u>214-651-4261</u>

Business address: <u>1825 Market Center Blvd., Suite 500</u>

　　　　　<u>Dallas, TX 75207</u>

Business e-mail address: <u>ddube@cochrantexas.com</u>

Submitted: March 7, 2025

　　　　　　　　　　　　　<u>　/s/ Melissa Payne　　</u>
　　　　　　　　　　　　　Melissa Payne
　　　　　　　　　　　　　Ohio Bar No. 0098027
　　　　　　　　　　　　　THE COCHRAN FIRM
　　　　　　　　　　　　　1825 Market Center Blvd., Suite 500
　　　　　　　　　　　　　Dallas, TX 75207
　　　　　　　　　　　　　Phone: 214-651-4260
　　　　　　　　　　　　　Fax: 214-651-4261
　　　　　　　　　　　　　Email: mpayne@cochrantexas.com

　　　　　　　　　　　　　Attorney for Yolanda White on behalf of Joann Tate