IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Yolanda White on behalf of Joann Tate<br>Plaintiff, | Case No.: 1:25-cv-00407 |
| | District Judge Bridget Meehan Brennan |
| -vs- | |
| AngioDynamics, Inc. et al.<br>Defendants, | |

**AFFIDVIT IN SUPPORT OF MOTION
TO ADMIT COUNSEL PRO HAC VICE**

I, Dimitri Dube, being duly sworn, hereby depose and say as follows:

1) I am an attorney with The Cochran Firm – Texas.

2) I submit this affidavit in support of my motion for admission to practice pro hac vice in the above-captioned matter.

3) There are no pending disciplinary proceedings against me in any state or federal court.

4) I have not been convicted of a felony.

5) I have not been censured, suspended, disbarred or denied admission or readmission by any court.

6) Wherefore, your affiant respectfully submits that she be permitted to appear as counsel and advocate *pro hac vice* in case 1:25-cv-00407 for Yolanda White on behalf of Joann Tate.

Date: March 7, 2025

_Dimitri Dube_
Texas Bar No: 24068944
Pennsylvania Bar No. 201816
The Cochran Firm
1825 Market Center Blvd., Suite 500
Dallas TX, 75207
Phone: 214-651-4260
Fax: 214-651-4261
Email: ddube@cochrantexas.com

FURTHER AFFIANT SAYETH NOT.

_____
Affiant Signature

SUBSCRIBED AND SWORN to me, the undersigned authority, on the 7th day of March, 2025 by Porsha Burns

_____
Notary Public, State of Texas

My Commission expires:

Porsha Burns
Exp. 3/12/2028
ID No. 132403497