IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| YOLANDA WHITE ON BEHALF OF JOANN TATE<br><br>    Plaintiff,<br><br>  vs.<br><br>ANGIODYNAMICS, INC.;<br>NAVILYST MEDICAL, INC.;<br>PFM MEDICAL, INC.;<br>ICU MEDICAL, INC.<br>BECTON DICKINSON AND COMPANY;<br>C.R. BARD, INC.;<br>BARD ACCESS SYSTEMS, INC.<br>BARD PERIPHERAL VASCULAR, INC.<br><br>    Defendants. | Case No. 1:25-cv-00407 |

**[PROPOSED] ORDER REGARDING MOTION TO DISMISS
PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i)) of the Federal Rules of Civil Procedure, this Court having reviewed attorney Melissa Payne's Motion to Dismiss, finds that there is good cause for such dismissal and hereby GRANTS that motion.

Dated this __ day of _____ , 2025.

_____
Presiding Judge
