# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| YOLANDA WHITE ON BEHALF OF JOANN TATE<br><br>   Plaintiff,<br><br> vs.<br><br>ANGIODYNAMICS, INC.;<br>NAVILYST MEDICAL, INC.;<br>PFM MEDICAL, INC.;<br>ICU MEDICAL, INC.<br>BECTON DICKINSON AND COMPANY;<br>C.R. BARD, INC.;<br>BARD ACCESS SYSTEMS, INC.<br>BARD PERIPHERAL VASCULAR, INC.<br><br>   Defendants. | Case No. 1:25-cv-00407 |

## MOTION TO DISMISS CLAIMS AGAINST PARTIES
## PURSUANT TO F.R.C.P. 21

Pursuant to F.R.C.P. 21 of the Federal Rules of Civil Procedure, the plaintiff, Yolanda White, on behalf of Joann Tate and/or their counsel(s), hereby moves that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s), AngioDynamics, Inc., Navilyst Medical, Inc., PMF Medical, Inc., Becton Dickinson and Company, C.R. Bard, Inc., Bard Access Systems, Inc., and Bard Peripheral Vascular, Inc.

Date: <u>May 30, 2025</u>　　　　　　　　　　Respectfully submitted,

**The Cochran Firm**

**/s/ Melissa Payne**
Melissa Payne
Ohio Bar No. 0098027
Danae N. Benton
Texas Bar No: 24080422
Florida Bar: 1002916
Larry Taylor, Jr.
Oklahoma Bar: 34221
New Mexico Bar: 153622
Arizona Bar: 038277
Texas Bar No: 24071156
Dimitri Dube
Texas Bar No: 24068944
Pennsylvania Bar No. 201816
1825 Market Center Blvd., Suite 500
Dallas, TX 75207
Phone: 214-651-4260
Fax: 214-651-4261
Email: dbenton@cochrantexas.com
ltaylor@cochrantexas.com
ddube@cochrantexas.com
mpayne@cochrantexas.com
Attorneys for Plaintiff