# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| YOLANDA WHITE ON BEHALF OF JOANN TATE<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ANGIODYNAMICS, INC.;<br>NAVILYST MEDICAL, INC.;<br>PFM MEDICAL, INC.;<br>ICU MEDICAL, INC.<br>BECTON DICKINSON AND COMPANY;<br>C.R. BARD, INC.;<br>BARD ACCESS SYSTEMS, INC.<br>BARD PERIPHERAL VASCULAR, INC.<br><br>　　　　Defendants. | Case No. 1:25-cv-00407 |

**[PROPOSED] ORDER REGARDING MOTION TO DISMISS CLAIMS AGAINST PARTIES PURSUANT TO F.R.C.P. 21**

Pursuant to F.R.C.P. 21 of the Federal Rules of Civil Procedure, this Court having reviewed attorney Melissa Payne's Motion to Dismiss Claims Against Parties, finds that there is good cause for such dismissal and hereby GRANTS that motion.

Dated this __ day of _____ , 2025.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Presiding Judge