# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| YOLANDA WHITE, INDIVIDUALLY AND ON BEHALF OF JOANN TATE <br> Plaintiff, <br><br> vs. <br><br> ICU MEDICAL, INC. <br><br> Defendant. | ) Case No.: 1:25-cv-00407-BMB <br> ) <br> ) <br> ) <br> ) **PROOF OF SERVICE** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

The Summons and Complaint were served on Defendant ICU Medical Inc. on June 4, 2025 by United States Postal Service Certified Mail. The signed return receipt, PS Form 3811 ("the green card"), is attached proof of service on named defendant as Exhibit A. Exhibit B attached hereto is a copy of the envelope mailed to Defendant.

Dated: June 27, 2025

Respectfully submitted,

**THE COCHRAN FIRM**

/s/ Melissa Payne
Melissa Payne
Ohio Bar No. 0098027
Danae N. Benton
Texas Bar No: 24080422
Florida Bar: 1002916
Larry Taylor, Jr.
Oklahoma Bar: 34221
New Mexico Bar: 153622
Arizona Bar: 038277
Texas Bar No: 24071156
Dimitri Dube
Texas Bar No: 24068944
Pennsylvania Bar No. 201816
1825 Market Center Blvd., Suite 500
Dallas, TX 75207
Phone: 214-651-4260
Fax: 214-651-4261

Email: dbenton@cochrantexas.com
ltaylor@cochrantexas.com
ddube@cochrantexas.com
mpayne@cochrantexas.com

***Attorneys for Plaintiff***