EXHIBIT B

**CERTIFIED MAIL**

The Cochran Firm - Dallas, PLLC
1825 Market Center Blvd., Suite 500
Dallas, Texas 75207

9589 0710 5270 0480 4683 73

US POSTAGE / PITNEY BOWES
ZIP 75204
02 7H
0006031438
$ 007.44
MAY 30 2025

ICU Medial, Inc.
c/o Corporation Service Company
251 Little Fallas Drive
Wilmington, DE 19808
9589071052700480468373

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   ICU Medial, Inc.
   c/o Corporation Service Company
   251 Little Fallas Drive
   Wilmington, DE 19808
   9589071052700480468373

   9590 9402 8377 3156 7553 22

2. Article Number (Transfer from service label)

   9589 0710 5270 0480 4683 73

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☑ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☑ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053                Domestic Return Receipt