# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| YOLANDA WHITE, INDIVIDUALLY AND ON BEHALF OF JOANN TATE<br>Plaintiff,<br><br>vs.<br><br>ICU MEDICAL, INC.<br><br>Defendant. | Case No.: 1:25-cv-00407-BMB<br><br>**PROOF OF SERVICE** |

Plaintiff by and through undersigned counsel, hereby files the attached affidavit of service by process server Lloyd Brooks.

Dated: July 16, 2025

Respectfully submitted,

**THE COCHRAN FIRM**

/s/ Melissa Payne
Melissa Payne
Ohio Bar No. 0098027
Danae N. Benton
Texas Bar No: 24080422
Florida Bar: 1002916
Larry Taylor, Jr.
Oklahoma Bar: 34221
New Mexico Bar: 153622
Arizona Bar: 038277
Texas Bar No: 24071156
Dimitri Dube
Texas Bar No: 24068944
Pennsylvania Bar No. 201816
1825 Market Center Blvd., Suite 500
Dallas, TX 75207
Phone: 214-651-4260
Fax: 214-651-4261
Email: dbenton@cochrantexas.com
ltaylor@cochrantexas.com
ddube@cochrantexas.com
mpayne@cochrantexas.com

***Attorneys for Plaintiff***

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2025, I electronically filed the foregoing PROOF OF SERVICE with the Clerk using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service.

/s/ Melissa Payne
Melissa Payne
