# AFFIDAVIT OF SERVICE

| Case:<br>1:25-cv-00407 | Court:<br>US District Court Northern district of Ohio | County:<br>, Ohio | Job:<br>13690403 (Tate/White) |
|---|---|---|---|
| Plaintiff / Petitioner:<br>YOLANDA WHITE, INDIVIDUALLY AND OBO JOANN TATE | | Defendant / Respondent:<br>ICU MEDICAL, INC. | |
| Received by:<br>Innovative Driven | | For:<br>Sparre Process Serving | |
| To be served upon:<br>ICU Medial, Inc. c/o Corporation Service Company | | | |

I, Lloyd Brooks, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**  Jane Doe of Litigation Management Department, 251 Little Falls Drive, Wilmington, DE 19808
**Manner of Service:**  Registered Agent, Jul 11, 2025, 10:00 am EDT
**Documents:**  SUMMONS (Received Jul 9, 2025 at 6:30pm EDT), COMPLAINT (Received Jul 9, 2025 at 6:30pm EDT)

**Additional Comments:**
1) Successful Attempt: Jul 11, 2025, 10:00 am EDT at 251 Little Falls Drive, Wilmington, DE 19808 received by Jane Doe of Litigation Management Department. Age: 35; Ethnicity: Caucasian; Gender: Female; Weight: 160; Height: 5'7"; Hair: Blond;

_Lloyd A. Brooks_   July 11, 2025
Lloyd Brooks                    Date

Innovative Driven
824 N. Market Street Suite 108
Wilmington, DE 19801

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public
July 11, 2025
Date                    Commission Expires

JEFFREY A LOW
MY COMMISSION EXPIRES JULY 30, 2029
NOTARY PUBLIC
STATE OF DELAWARE