# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| YOLANDA WHITE, INDIVIDUALLY AND ON BEHALF OF JOANN TATE,<br><br>Plaintiff,<br><br>vs.<br><br>ICU MEDICAL, INC.,<br><br>Defendant. | Case No. 1:25-cv-00407<br>Judge Bridget Meehan Brennan |

## MOTION FOR ENTRY OF SCHEDULING ORDER
## ON PLAINTIFF'S SECOND AMENDED COMPLAINT FOR DAMAGES

Plaintiff Yolanda White, individually and on behalf of Joann Tate, and Defendant ICU Medical, Inc. (collectively, the "Parties") respectfully request that the Court enter an order that (1) Plaintiff is granted leave to file the Second Amended Complaint pursuant to Rule 15(a)(1) of the Federal Rules of Civil Procedure; (2) Defendant's pending partial motion to dismiss is withdrawn; (3) Defendant need not file an answer to Plaintiff's First Amended Complaint; and (4) Defendant shall respond to the Second Amended Complaint by September 26, 2025. In support thereof, the Parties state as follows:

1. Plaintiff filed her Complaint for Damages on March 1, 2025. Dkt. 1. She filed her First Amended Complaint for Damages on July 7, 2025. Dkt. 11.

2. As its responsive pleading, Defendant filed a partial motion to dismiss Plaintiff's First Amended Complaint on July 29, 2025. Dkt. 16.

3. Pursuant to Local Rule 7.1 and Judge Brennan's Initial Standing Order, Plaintiff's response in opposition to Defendant's partial motion to dismiss and Defendant's answer to Plaintiff's First Amended Complaint are both due August 28, 2025.

4. Plaintiff filed her Second Amended Complaint for Damages on August 22, 2025. Dkt. 18. Defendant does not oppose Plaintiff's filing of the Second Amended Complaint for Damages.

5. Given Plaintiff's filing of the Second Amended Complaint for Damages, however, Defendant requires additional time to evaluate whether it will file a new motion to dismiss addressing Plaintiff's new allegations in the Second Amended Complaint for Damages.

6. In addition, any answer to Plaintiff's First Amended Complaint for Damages would be moot.

7. The Parties, therefore, respectfully request that the Court deem Defendant's partial motion to dismiss withdrawn and order that Defendant's responsive pleading to Plaintiff's Second Amended Complaint for Damages shall be due on September 26, 2025.

WHEREFORE, the Parties request that the Court order that (1) Plaintiff is granted leave to file the Second Amended Complaint pursuant to Rule 15(a)(1) of the Federal Rules of Civil Procedure; (2) Defendant's pending partial motion to dismiss is withdrawn; (3) Defendant need not file an answer to Plaintiff's First Amended Complaint; and (4) Defendant shall respond to the Second Amended Complaint by September 26, 2025.

Date: August 28, 2025

| | |
|---|---|
| **THE COCHRAN FIRM** | **FAEGRE DRINKER BIDDLE & REATH LLP** |
| /s/ *Danae N. Benton* | /s/ *Paul A. Wolfla* |

Melissa Payne (Ohio Bar No. 0098027)     Paul A. Wolfla (Ohio Bar No. 0069801)
Danae N. Benton (*pro hac vice*)     Andrea R. Pierson (*pro hac vice* forthcoming)
Larry Taylor, Jr. (*pro hac vice*)     300 North Meridian Street, Suite 2500
Dimitri Dube (*pro hac vice*)     Indianapolis, IN  46204
1825 Market Center Blvd., Ste. 500     Telephone:  (317) 237-0300
Dallas, TX 75207     Facsimile:   (317) 237-1000
Phone: 214-651-4260     Email: paul.wolfla@faegredrinker.com
Facsimile: 214-651-4261            andrea.pierson@faegredrinker.com
Email: mpayne@cochrantexas.com
       dbenton@cohcrantexas.com     Blake T. Lehr (*pro hac vice* forthcoming)
       ltaylor@cochrantexas.com     110 W. Berry St., Suite 2400
       ddube@cochrantexas.com     Fort Wayne, Indiana 46802
    Telephone: (260) 424-8000
*Attorneys for Plaintiff*     Facsimile: (260) 460-1700
    Email: blake.lehr@faegredrinker.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2025, a copy of the foregoing document was filed electronically via the Court's ECF filing system, which will send notice of this filing to all counsel of record.

/s/ *Paul A. Wolfla*
Paul A. Wolfla (Ohio Bar No. 0069801)
300 North Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
Email: paul.wolfla@faegredrinker.com

*Attorney for Defendant ICU Medical, Inc.*