**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| YOLANDA WHITE, INDIVIDUALLY AND ON BEHALF OF JOANN TATE | ) ) ) | Case No.: 1:25-cv-00407-BMB |
| Plaintiff, | ) ) ) | JUDGE BRIDGET MEEHAN BRENNAN |
| vs. | ) ) ) | **REPORT OF PARTIES' PLANNING MEETING UNDER FED. R. CIV. P. 26(f) AND L.R. 16.3(b)(3)** |
| ICU MEDICAL, INC. | ) ) | |
| Defendant. | ) ) | |

Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.3(b)(3), a meeting was held on

September 9, 2025, and was attended by:

Danae N. Benton and Melissa Payne counsel for Plaintiff Yolanda White, individually and on behalf of Joann Tate.

Blake Lehr counsel for Defendant ICU Medical, Inc.

1.  The parties:

    X    will exchange the pre-discovery disclosures required by Fed. R. Civ. P.

    26(a)(1) no later than five (5) business days before the Case Management

    Conference per the Court's Notice of Case Management Conference and Order.

    – or –

    _____ have not been required to make initial disclosures pursuant to Rule

    26(a)(1)(B) because this matter falls into the excepted category of _____.

2.  The parties recommend the following case designation: Expedited _____

        Standard X____

        Complex _____

        Administrative _____

1

Mass Tort \_\_\_\_\_

Pursuant to Local Rule 16.2(b), if the recommended track designation is expedited, standard, or complex, the factors supporting such recommendation <u>are (a) more than a few, some unsettled legal issues; (b) under five parties in real interest; (c) fewer than 10 fact witnesses; (d) two or three expert witnesses; (e) likely between five (5) and ten (10) trial days.</u>

3. The parties have discussed whether this case is suitable for one or more of the following Alternative Dispute Resolution ("ADR") mechanisms and inform the Court of their position as to the following options:

Early Neutral Evaluation \_\_\_\_\_

Mediation \_\_X\_\_

Arbitration \_\_\_\_\_

Summary Jury Trial \_\_\_\_\_

Summary Bench Trial \_\_\_\_\_

Case not suitable for ADR \_\_\_\_\_

Case not suitable for ADR now, but may be after discovery \_\_\_\_\_

4. The parties **do not** consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

5. With respect to electronically stored information, the parties: **[choose one]**

\_\_\_\_\_ agree to follow the default standard for discovery of electronically stored information (Appendix K to Northern District of Ohio Local Rules).

*– or –*

\_\_X\_\_ will finalize an alternative agreement that sets out retention guidelines,

2

search

methodology, the format for production, and procedures for addressing

attorney-work product or privileged information by <u>October 15, 2025</u>

*– or –*

\_\_\_\_\_ disagree as to the necessity of a protective order.

*– or –*

\_\_\_\_\_ agree that a protective order is not necessary at this time.

6. The parties have discussed whether the Court should enter a protective order to facilitate discovery and state as follows: **[choose one]**

\_\_\_\_\_ agreed to the form protective order set forth in Appendix L to the Local Rules and will submit the proposed order to the Court no later than

*– or –*

\_\_X\_\_ will submit an alternative proposed protective order for the Court's consideration. Said proposed protective order will be submitted to the Court no later than <u>October 15, 2025,</u> with an addendum setting forth the differences between the parties' proposed protective order and Appendix L to the Local Rules.

7. Recommended Discovery Plan:

   a. Describe the subjects on which discovery is to be sought and the nature and extent of discovery:

   <u>Information relating to any investigation, testing, analysis, assessment, or evaluation concerning the design, development, manufacturing, or performance of the Port-A-Cath II Power P.A.C. identified in Plaintiff's operative complaint as it relates to Decedent Joann Tate's alleged injuries, including any potential problems, failures, hazards, risks, or defects, and</u>

marketing materials relevant thereto.

    b.  State any discovery disputes or challenges anticipated by either party:

        The parties do not anticipate any discovery disputes or challenges and will

        notify the Court as soon as they arise.

8.  Recommended discovery cut-off date: June 30, 2026.

9.  Recommended cut-off date for amending the pleadings/and or adding additional

    parties: 90 days before trial.

10. Expert Discovery. Expert Discovery does need to be concluded prior to the

    submission of dispositive motions.

        Expert report(s) for party with the burden of proof:  August 7, 2026

        Responsive expert report(s) due: September 11, 2026

        Expert discovery deadline: October 9, 2026

11. Recommended dispositive motion deadline: 60 days after close of expert discovery.

12. Recommended date for status conference: 30 days before trial.

13. Other matters for the attention of the Court:

    The parties are currently engaged in preliminary settlement discussions.


        Attorneys for Plaintiff:

        /s/ Melissa Payne
        Melissa Payne
        Ohio Bar No. 0098027
        Danae N. Benton
        Texas Bar No: 24080422
        Florida Bar: 1002916
        Larry Taylor, Jr.
        Oklahoma Bar: 34221
        New Mexico Bar: 153622
        Arizona Bar: 038277

Texas Bar No: 24071156
Dimitri Dube
Texas Bar No: 24068944
Pennsylvania Bar No. 201816
1825 Market Center Blvd., Suite 500
Dallas, TX 75207
Phone: 214-651-4260
Fax: 214-651-4261
Email: dbenton@cochrantexas.com
ltaylor@cochrantexas.com
ddube@cochrantexas.com
mpayne@cochrantexas.com


Attorneys for Defendant:

FAEGRE DRINKER BIDDLE & REATH LLP
_____
Paul A. Wolfla (Ohio Bar No. 0069801)
Andrea R. Pierson (pro hac vice forthcoming)
300 North Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
Email: paul.wolfla@faegredrinker.com
         andrea.pierson@faegredrinker.com


Blake T. Lehr (pro hac vice forthcoming)
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana 46802
Telephone: (260) 424-8000
Facsimile: (260) 460-1700
Email: blake.lehr@faegredrinker.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 10, 2025, I electronically filed the foregoing Report of Parties Planning Meeting with the Clerk using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service.

<u>/s/ Melissa Payne</u>
Melissa Payne